IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JARVIS PARKS,

       Petitioner,

v.                                          CASE NO. 4:05-cv-00330-MP-EMT

PAUL DECKER,

       Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of the Magistrate Judge, recommending that this habeas petition be denied.  The Petitioner has filed objections, doc. 31.  The Court agrees with the Magistrate Judge that the state court was reasonable in finding that plaintiff was provided effective assistance of counsel.

Petitioner, who was charged with armed robbery with a deadly weapon, pled guilty to a lesser included offense of plain robbery.  The charged offense carried a sentence of mandatory life (because of prior convictions) while the pled-to offense carried a sentence of mandatory 15 years.  The government also agreed to drop charges in six other cases.  Petitioner insists that his plea was not voluntary because "his plea was the product of his defense counsel's continuous pressure and misrepresentation that he would be found guilty if he went to trial."  Doc. 23.

The Court agrees with the Magistrate Judge, however, that there was no evidence of any misrepresentation by counsel, and that the advice given to petitioner, to avoid sentences for six other crimes and a mandatory life sentence, was a reasonable strategy.  Moreover, at his plea colloquy, petitioner was specifically asked if he understood the range of penalties potentially involved, and he indicated he did.  Also, concerning the plea agreement, he was asked "Now,

this is not due to your counsel's urging; this is your choice?"  The Petitioner replied, "Yes, sir."

Then he was asked, "Has anyone promised you anything or threatened you in any manner to get

you to enter this plea?" and he answered, "No, sir."  Finally, he was asked if he had had

sufficient time to consider the plea and whether he then thought the plea was in his best interest.

He answered yes to both questions.  Doc. 30, pp. 10-13.  Under all of these circumstances, it was

not unreasonable for the state court to hold that the plea was voluntary and knowing and not the

product of ineffective assistance of counsel.

Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
        incorporated herein.

2.      This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *9th*   day of October, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge